Quintin Shammam (SBN: 246926)
**LAW OFFICES OF QUINTIN G. SHAMMAM**
2221 Camino del Rio South, Suite 207
San Diego, California 92108
(619) 444-0001 Telephone
(619) 501-1119 Facsimile
*Attorney for Defendant,*
JOHAN ENGMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN ENGMAN, an individual, | Case No. 3:16-cv-00209-AJB-JLB |
| Plaintiff, | **Plaintiff's Notice of Settlement** |
| vs. | |
| JP MORGAN CHASE BANK, | |
| Defendant. | |

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in principal, and to request 45 days in which to file the dismissal so the parties may finalize the settlement.

Dated:  March 18, 2015            **LAW OFFICES OF QUINTIN G. SHAMMAM**

                                  By:    /s/ Quintin Shammam
                                         Quintin Shammam
                                         Attorneys for Plaintiff,
                                         Johan Engman