**Quintin G. Shammam, Esq. (SBN. 246926)**
**LAW OFFICES OF QUINTIN G. SHAMMAM**
**2221 Camino Del Rio South, Ste. 207**
**San Diego, California 92108**
**Tel: (619) 444-0001**
**Fax: (619) 501-1119**

Attorney for PLAINTIFF
JOHAN ENGMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN ENGMAN, | **Case No.:** 3:16-cv-00209-AJB-JMA |
| Plaintiff, | **NOTICE OF DISMISSAL AND DISMISSAL OF COMPLAINT** |
| vs. | [F.R.Civ.P. Rule 41(a)(1), (2)] |
| JP MORGAN CHASE BANK, | |
| Defendant. | |

Plaintiff, JOHAN ENGMAN, (hereinafter referred to as "ENGMAN"), hereby requests that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), this Court enter a dismissal **with** prejudice of Plaintiff's complaint in USDC Case No. 3:16-cv-00209-AJB-JMA. ENGMAN further requests that the Court order ENGMAN and all Defendants shall bear his and/or its own costs and fees only with respect to their claims against each other in this action as of the date of this dismissal.

DATED: May 24, 2016          LAW OFFICES OF QUINTIN G. SHAMMAM

  /S QUINTIN G. SHAMMAM
By: QUINTIN G. SHAMMAM, Attorney for Plaintiff